```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| ANTHONY KNEISSER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE HONORABLE DENNIS P.<br>MCINERNEY, et al.,<br><br>　　　　　Defendants. | Civil No. 15-7043 (NLH/AMD) |

### SCHEDULING ORDER

　　　　This Scheduling Order confirms the directives given to counsel during the telephone status conference held on January 30, 2017; and the Court noting the following appearances: Alexander R. Shalom, Esquire, Marguerite Kneisser, Esquire, and Alexi Velez, Esquire, appearing on behalf of Plaintiff; and David M. Serlin, Esquire, appearing on behalf of Defendants; and Dante C. Rohr, Esquire, appearing on behalf of Defendant Hon. Dennis P. McInerney, Individually; and good cause appearing for the entry of the within Order:

　　　　IT IS on this **30th** day of **January 2017**, hereby **ORDERED**:

　　　　1. The parties are granted leave to serve requests for admissions pursuant to Federal Rule of Civil Procedure 36. Any such requests shall be served by **February 14, 2017**.

　　　　2. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **April 13, 2017**. Opposition to the motion should be served in a timely fashion. Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice – Generally).

　　　　3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period

sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under F℮d. R. C℩v. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER** F℮d. R. C℩v. P. **16(f).**


                                                s/ Ann Marie Donio
                                              ANN MARIE DONIO
                                              UNITED STATES MAGISTRATE JUDGE


cc: Hon. Noel L. Hillman