UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY KNEISSER,<br><br>                      Plaintiff,<br><br>        v.<br><br>THE HONORABLE DENNIS P. MCINERNEY, et al.,<br><br>                      Defendants. | Civil Action No.: 15-7043 (NLH/ AMD)<br><br>**JURY TRIAL DEMANDED**<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(c)** |

TO:

| | |
|---|---|
| Clerk of the Court<br>United States District Court<br>District of New Jersey<br>Mitchell H. Cohen Building & U.S. Courthouse<br>4th & Cooper Streets<br>Room 1050<br>Camden, NJ 08101 | David M. Serlin, Esq.<br>Blason II, Suite 120<br>505 South Lenola Road<br>Moorestown, New Jersey 08057<br><br>John L. Slimm, Esq.<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>15000 Midlantic Drive, Suite 200<br>P.O. Box 5429,<br>Mt. Laurel, NJ 08054 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(c)**

Plaintiff Anthony Kneisser, by and through his attorneys, respectfully moves the Court, pursuant to Rules 15(c) and 19(a) of the Federal Rules of Civil Procedure, for leave to file a FIRST AMENDED COMPLAINT to identify a party that had been previously identified as "John Doe 1." A redlined copy of the proposed amended complaint is attached hereto. As explained more thoroughly in attached memorandum of law in support of this motion:

1. Plaintiff in his original complaint named "John Doe" defendants 1-10.

2. Since the filing of the complaint, Plaintiff has determined that the name of defendant "John Doe 1" is Rosa Henry.

Dated: May 10, 2017          By: _____
                                  Alexi M. Velez, Esq.

**AMERICAN CIVIL LIBERTIES UNION OF NEW JERSEY FOUNDATION**
Edward Barocas
Jeanne LoCicero
Alexander Shalom
Alexi M. Velez
89 Market Street, 7th Floor
P.O. Box 32159
Newark, NJ 07102
Telephone: (973) 854-1715
Facsimile: (973) 642-6523

**CARLUCCIO, LEONE, DIMON, DOYLE & SACKS, LLC**
Marguerite Kneisser
9 Robbins Street
Toms River, NJ 08753
Tel: (732) 797-1600 ext. 223
Facsimile: (732) 797-1690

*Counsel for Plaintiff*