**DAVID M. SERLIN, ESQUIRE** ID No. 020231976
Blason II, Suite 120
505 South Lenola Road
Moorestown, New Jersey 08057
(856) 222-9460
DMSerlin@AOL.com
Attorney for Defendants Township of Burlington,
Township of Burlington Municipal Court and
Dennis McInerney, Burlington Township Municipal
Court Judge in his official capacity and John Does 1-10

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

| | |
|---|---|
| ANTHONY KNEISSER,<br><br>Plaintiff,<br>v.<br>THE HONORABLE DENNIS P. MCINERNEY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS MUNICIPAL COURT JUDGE OF BURLINGTON TOWNSHIP AND THE BURLINGTON TOWNSHIP MUNICIPAL COURT; TOWNSHIP OF BURLINGTON; TOWNSHIP OF BURLINGTON MUNICIPAL COURT; AND JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:15-cv-07043-NLH-AMD<br><br>NOTICE OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS BURLINGTON TOWNSHIP, BURLINGTON TOWNSHIP MUNICIPAL COURT AND DENNIS P. MCINERNEY, IN HIS CAPACITY AS MUNICIPAL COURT JUDGE OF THE BURLINGTON TOWNSHIP MUNICIPAL COURT AND JOHN DOES 1-10 |

TO:  Marguerite Kneisser, Esquire
     Carluccio, Leone, Dimon, Doyle & Sacks
     9 Robbins Street
     Toms River, NJ  08753
     Attorney for Plaintiff, Anthony Kneisser

Jeanne LoCicero, Esquire
Deputy Legal Director, ACLU
P.O. Box 32159
89 Market Street
Newark, New Jersey 07102
Co-counsel for Plaintiff, Anthony Kneisser

John L. Slimm, Esquire
Marshall, Dennehey Warner
Coleman & Goggin
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
Attorney for Defendant, Dennis P. McInerney, Individually

COUNSEL:

PLEASE TAKE NOTICE that on June 19, 2017 at 9:00 a.m., in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney for defendants, Township of Burlington, Township of Burlington Municipal Court, Dennis McInerney, Burlington Township Municipal Court Judge in his official capacity and John Does 1-10, will apply to the United States District Court for the District of New Jersey, before the Honorable Noel L. Hillman, U.S.D.J., for an Order granting Summary Judgment in favor of defendants dismissing the Complaint with prejudice.

MOVANT shall rely on the annexed Affidavit of Counsel, Statement of Undisputed Material Facts, and Brief in Support of this Motion.

A proposed form of Order is attached.

Dated: May 15, 2017

David M. Serlin
Attorney for Defendants